IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 1:16-CR-42 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **YALIN LIU,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 2nd day of November, 2016, upon consideration of defendant Yalin Liu's ("Liu") motion (Doc. 179) for a bill of particulars pursuant to the Federal Rules of Criminal Procedure, FED. R. CRIM. P. 7(f), wherein Liu avers that the indictment (Doc. 1) fails to describe Liu's criminal activity with adequate specificity, and it appearing that a motion for a bill of particulars should be granted if an indictment fails "to inform the defendant of the nature of the charges brought against him, to adequately prepare his defense, to avoid surprise during the trial and to protect him against a second prosecution for an inadequately described offense," United States v. Urban, 404 F.3d 754, 771 (3d Cir. 2005) (quoting United States v. Addonizio, 451 F.2d 49, 62-63 (3d Cir. 1971)), but that a motion for a bill of particulars should not be granted if it is "intended to provide the defendant with the fruits of the government's investigation," United States v. O'Driscoll, 203 F. Supp. 2d 334, 348 (M.D. Pa. 2002) (quoting United States v. Smith, 776 F.2d 1104, 1111 (3d Cir. 1985)), and the court finding that the extensive indictment (Doc. 1 at 14, 16-31) in the case *sub judice* is sufficiently particular to apprise Liu of the nature of the

charges brought against him such that he may adequately prepare his defense and avoid surprise during trial, it is hereby ORDERED that Liu's motion (Doc. 179) for a bill of particulars is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania