# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:16-CR-42 |
| : | |
| v. : | (Chief Judge Conner) |
| : | |
| **YALIN LIU,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 24th day of January, 2018, upon consideration of the motion (Doc. 241) to dismiss the indictment by defendant Yalin Liu, and the parties' respective briefs in support of and opposition to said motion (Docs. 242, 255, 260), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 241) to dismiss is DENIED.

            /S/ CHRISTOPHER C. CONNER
            Christopher C. Conner, Chief Judge
            United States District Court
            Middle District of Pennsylvania