# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:16-CR-42 |
| v. | : (Chief Judge Conner) |
| **YALIN LIU,** | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 3rd day of April, 2018, upon consideration of the court's order (Doc. 311) directing the parties to meet and confer regarding the discovery disputes raised by defendant Yalin Liu ("Liu") in his motion (Doc. 277) to compel discovery, and further upon consideration of the discovery status update (Doc. 339) filed by Liu on April 2, 2018, wherein he represents that the government is providing revised productions and that additional time is needed to complete same and for Liu's subsequent review thereof, (id. at 2), and that the parties will thereafter inform the court as to any outstanding discovery issues following provision of the revised productions, (id.), it is hereby ORDERED that Liu is DIRECTED to apprise the court via status report on or before **Wednesday, May 2, 2018** whether and, if so, which discovery issues raised in his motion (Doc. 277) remain outstanding.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania