# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:16-CR-42 |
| v. | : (Chief Judge Conner) |
| **YALIN LIU**, | : |
| **Defendant** | : |

## ORDER

AND NOW, this 25th day of April, 2018, upon consideration of the motion (Doc. 314) for reconsideration by defendant Yalin Liu ("Liu"), asking the court to reconsider in part its January 24, 2018 memorandum and order (Docs. 302, 303) denying Liu's motion (Doc. 241) to dismiss the indictment, and the court determining that no basis for reconsideration exists, it is hereby ORDERED that Liu's motion (Doc. 314) for reconsideration is DENIED.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania